UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTLAND MUTUAL INSURANCE COMPANY *a/s/o Rinderer Farms, LLC*, an Illinois Mutual Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>CNH AMERICA LLC, *a Delaware Corporation,*<br><br>    Defendant. | Case No. 13-1062 JPG/PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 35). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: August 4, 2014

                                                *s/J. Phil Gilbert*
                                              UNITED STATES DISTRICT JUDGE